**97–2698.   Community Advocate, Inc. v. Ohio Elections Comm.**
Franklin App. No. 97APE06–816.
   COOK, J., dissents.

**98–1.   Specht v. BP Am., Inc.**
Cuyahoga App. No. 71899.
   MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

**98–18.   State v. Greber.**
Delaware App. No. 97CAA07023.   Discretionary appeal allowed; *sua sponte,* cause held for the decision in 97–1778, *State v. Rush,* Stark App. No. 96CA419; briefing schedule stayed.
   DOUGLAS and RESNICK, JJ., dissent.

**98–46.   Campanelli v. AT&T Wireless Serv.**
Stark App. Nos. 1997CA00109 and 1997CA00110.
   F.E. SWEENEY and COOK, JJ., dissent.
   RESNICK, J., not participating.

**98–50.   In re Davis.**
Paulding App. No. 11–97–6.
   F.E. SWEENEY, J., dissents.

**98–71.   State v. Marker.**
Seneca App. No. 13–97–39.   Discretionary appeal allowed; *sua sponte,* cause held for the decision in 97–1985, *State v. Cook,* Allen App. No. 1–97–21; briefing schedule stayed.

**98–175.   State v. Bartis.**
Franklin App. No. 97APA05–600.   Discretionary appeal allowed on Proposition of Law No. II only; *sua sponte,* cause held for the decision in 97–1985, *State v. Cook,* Allen App. No. 1–97–21; briefing schedule stayed.